**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6324**

_____

DENNIS KEITH SMITH, JR.,

       Plaintiff - Appellant,

    v.

SGT. ROGERS, Hampton Roads Regional Jail; LT. JONES, Hampton Roads Regional Jail; COL. VERGAKIS, Hampton Roads Regional Jail; NURSE WERMTER, Well Path Medical Services; WELL PATH MEDICAL SERVICES; HAMPTON ROADS REGIONAL JAIL,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:23-cv-00248-JKW-RJK)

_____

Submitted:  September 12, 2024                Decided:  September 16, 2024

_____

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennis Keith Smith, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virginia inmate Dennis Keith Smith, Jr., appeals the district court's order dismissing without prejudice Smith's 42 U.S.C. § 1983 action. Upon initial review of Smith's complaint, the court was unable to determine whether Smith had stated cognizable claims against each Defendant individually. The court therefore ordered Smith to amend his complaint with particularized allegations within 21 days and warned him that, if he failed do so, the court would dismiss the action without prejudice. Sixty-one days later, with no response from Smith, the court dismissed the action without prejudice. Smith appealed.

We have reviewed the record and find no reversible error. The court warned Smith of the consequences of failing to amend his complaint. Further, the dismissal without prejudice permits Smith to refile. Finally, Smith's informal brief does not challenge the basis for the court's dismissal. *See* 4th Cir. R. 34(b). Accordingly, we affirm the district court's order. *Smith v. Rogers*, No. 2:23-cv-00248-JKW-RJK (E.D. Va. Mar. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2